UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TEJAS FEEDERS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2-99-133 J |
| | § | |
| MILES CRABTREE | § | |

### AMENDED JUDGMENT BY DEFAULT

The Court, having considered the *Entry of Default*, the *Request for Default Judgment* and the *Motion for Amended Judgment* finds that judgment by default should be entered for TEJAS FEEDERS, LTD. and against Defendant, MILES CRABTREE. In this action the Defendant, MILES CRABTREE was regularly served with the summons and complaint, and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired and the default of the Defendant MILES CRABTREE has been duly entered according to law.

Wherefore It is Ordered, Adjudged and Decreed, that TEJAS FEEDERS, LTD. shall have and recover from Defendant, MILES CRABTREE the sum of $154,550.00 with interest at the rate of 4.96 per cent from the date of this judgment, until paid, and that TEJAS FEEDERS, LTD. have execution therefore.

Judgment rendered this 26 day of July, 1999.

JUDGE PRESIDING

ENTERED ON DOCKET
JUL 27 1999
U.S. DISTRICT CLERK'S OFFICE

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 27 1999
NANCY DOHERTY, CLERK
BY_____ Deputy